1  Anoush Hakimi (SBN 228858)
   anoush@handslawgroup.com
2  Peter Shahriari (SBN 237074)
3  peter@handslawgroup.com
   Lauren Davis (SBN 294115)
4  lauren@handslawgroup.com
5  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
   1800 Vine Street,
6  Los Angeles, CA 90028
7  Telephone: (888) 635-2250
   Facsimile: (213) 402-2170
8  Attorneys for Plaintiff
9  **LASANDRA PRICE**

10 Andrea F. Oxman (SBN 252646)
   andrea.oxman@jacksonlewis.com
11 **JACKSON LEWIS P.C.**
   725 South Figueroa Street, Suite 2500
12 Los Angeles, California  90017-5408
13 Telephone:    (213) 689-0404
   Facsimile:    (213) 689-0430
14 Attorney for Defendant
15 **RANCHO MALL, LLC**

16 [ADDITIONAL COUNSEL ON
17 FOLLOWING PAGE]

18                UNITED STATES DISTRICT COURT
19                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  LASANDRA PRICE, an individual, | CASE NO.: 5:22-cv-00824-SSS-SP |
| 21           Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| 22  vs. | |
| 24  RANCHO MALL, LLC, a Delaware limited liability company; and Does 1-10, | The Hon. Sunshine S. Sykes<br>Trial Date:  Not on Calendar |
| 27           Defendants. | |

28

---
1
JOINT NOTICE OF SETTLEMENT

1  Spencer C. Ladd (SBN 340905)
   spencer.ladd@jacksonlewis.com
2  **JACKSON LEWIS P.C.**
   50 California Street, 9th Floor
3  San Francisco, California 94111-4615
4  Telephone:     (415) 796-5497
   Facsimile:     (415) 394-9401
5  Attorney for Defendant
6  **RANCHO MALL, LLC**

7

8  ///

9  ///

10

11 ///

12 ///

13 ///

14

15 ///

16 ///

17 ///

18

19 ///

20 ///

21

22 ///

23 ///

24 ///

25

26 ///

27 ///

28

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: September 16, 2022          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:  */s/Anoush Hakimi*
　　　Anoush Hakimi, Esq.
　　　Attorney for Plaintiff, LaSandra Price

DATED:  September 16, 2022         **JACKSON LEWIS P.C.**

By:  */s/ Andrea F. Oxman*
　　　Andrea F. Oxman, Esq.
　　　Attorney for Defendant, Rancho Mall, LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff LaSandra Price