Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
Cody R. Cooper (SBN 304730)
cody@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**LASANDRA PRICE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANDRA PRICE, an individual,<br><br>      Plaintiff,<br><br>   vs.<br><br>RANCHO MALL, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>      Defendants. | Case No.: 5:22-cv-00824-SSS-SP<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff, LASANDRA PRICE, on the one hand, and Defendant, RANCHO MALL, LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant, RANCHO MALL, LLC, from Plaintiff's Complaint, Case Number 5:22-cv-00824-SSS-SP. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: November 22, 2022    **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Anoush Hakimi
Anoush Hakimi, Esq.
Attorney for Plaintiff, LaSandra Price

Dated: November 22, 2022    **JACKSON LEWIS P.C.**

By: /s/Spencer Ladd
Spencer Ladd, Esq.
Attorney for Defendant, Rancho Mall, LLC

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

/s/Anoush Hakimi
By: Anoush Hakimi
Attorney for Plaintiff, LaSandra Price

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS