# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANDRA PRICE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> RANCHO MALL, LLC, a Delaware limited liability company; and DOES 1-10, <br><br> Defendants. | Case No.: 5:22-CV-00824-SSS-SPx <br><br> *Hon. Sunshine S. Sykes* <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Action Filed: May 17, 2022 <br> Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff LaSandra Price's action against Defendant RANCHO MALL, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: November 23, 2022

Hon. Sunshine S. Sykes
United States District Judge